UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| RONALD BURNS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 20-044-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| BERRY GLOBAL, INC., | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Berry Global, Inc. with respect to all claims asserted in this proceeding by Plaintiff Ronald Burns.

2. The claims asserted in this action by Plaintiff Ronald Burns against Defendant Berry Global, Inc., are **DISMISSED**, with prejudice.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: March 9, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky